NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

KATHERINE HORNIK,                    )
                                     )
            Appellant,               )
                                     )
v.                                   )          Case No. 2D17-3643
                                     )
SOUTHERN-OWNERS INSURANCE            )
COMPANY,                             )
                                     )
            Appellee.                )
_____      )

Opinion filed March 23, 2018.

Appeal from the Circuit Court for Pinellas
County; Jack Day, Judge.

Jay Kovar of Kovar Law Group, Gulfport;
and Douglas G. Jackson of The Law Firm
of Douglas G. Jackson, P.A., St.
Petersburg, for Appellant.

Gavin D. Magaziner and Gregory D. Jones
of Rywant, Alvarez, Jones, Russo &
Guyton, P.A., Tampa, for Appellee.


PER CURIAM.


            Affirmed.


KHOUZAM, MORRIS, and BLACK, JJ., Concur.